UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA HEDGES, for herself and on behalf
of other persons similarly situated,

                              Plaintiff,                              **ORDER**

                -against-                              20 Civ. 1771 (PGG) (KNF)

CIRE TRUDON USA, INC.,

                              Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

        The Complaint was filed on February 28, 2020.  (Cmplt. (Dkt. No. 1))  On March

12, 2020, Plaintiff filed an affidavit of service with respect to Defendant Cire Trudon USA, Inc.

(Dkt. No. 6)  To date, Defendant has not filed an answer and has not appeared.

        Accordingly, Plaintiff will move for a default judgment by **April 30, 2021** in

accordance with Rule VIII of this Court's individual rules of practice, which are available on the

Court's website.  If Plaintiff does not move for a default judgment by **April 30, 2021**, this case

**will be dismissed for failure to prosecute.**

Dated: New York, New York
        April 16, 2021

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge